# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FINEGAN DEALER GROUP NORTH, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00104-SAB<br><br>ORDER RE SECOND EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT<br><br>(ECF No. 7) |

On March 31, 2025, the parties filed a stipulation for a second extension of time for Defendants Finegan Dealer Group North dba Clovis Chrysler Dodge Jeep Ram and Timdon Properties II, LLC to file a response to the complaint in this matter.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants shall file a responsive pleading **on or before May 1, 2025**.

IT IS SO ORDERED.

Dated: __**April 2, 2025**__　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　United States Magistrate Judge

1