# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FINEGAN DEALER GROUP NORTH, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00104-SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 9)<br><br>**MAY 30, 2025 DEADLINE** |

　　　　On May 6, 2025, the parties filed a notice of settlement, informing the Court that this matter has been resolved and that dispositional documents will be filed by May 30, 2025. (ECF No. 9.)

　　　　Accordingly, pursuant to the notice, it is HEREBY ORDERED that:

　　　　1.　　All pending matters and dates in this action are VACATED; and

　　　　2.　　The parties shall file dispositional documents **no later than May 30, 2025**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:  **May 7, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge